IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| LAZERIC DION JOE'ZEL SHUMPERT | Violations: 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846; and 18 U.S.C. § 2 |

COUNT ONE

**Conspiracy to Distribute and Possess with Intent to Distribute
Controlled Substances**

The Grand Jury Charges:

Beginning in or about 2021 and continuing until January 2022, in the District of

North Dakota, and elsewhere,

LAZERIC DION JOE'ZEL SHUMPERT

knowingly and intentionally combined, conspired, confederated, and agreed with others,

both known and unknown to the grand jury, to distribute and possess with intent to

distribute a controlled substance, namely: (i) a mixture and substance containing a

detectable amount of oxycodone, a Schedule II controlled substance; (ii) a mixture and

substance containing a detectable amount of fentanyl (a/k/a "N-phenyl-N-[1-(2-

phenylethyl)-4-piperidinyl] propanamide"), a Schedule II controlled substance; and (iii) a

mixture and substance containing a detectable amount of a "fentanyl-related substance,"

as defined in 21 C.F.R. § 1308.11, a Schedule I controlled substance; in violation of Title

21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

<u>Overt Acts</u>

In furtherance of this conspiracy and to effect and accomplish the objects of it, one or more of the conspirators committed the following overt acts:

1.     It was a part of said conspiracy that the defendant would and did distribute, and possess with intent to distribute, opiate pills and tablets containing a detectable amount of oxycodone, fentanyl, and a fentanyl-related substance in and about Bismarck, North Dakota, and elsewhere;

2.     It was further a part of said conspiracy that the defendant and other conspirators would and did attempt to conceal their activities by, among other things, using aliases, concealing opiate pills and tablets within their persons and containers, and using threats and intimidation toward sub-distributors and others;

3.     It was further a part of said conspiracy that the defendant and other conspirators would and did use United States currency and crypto-currency in their drug transactions;

4.     It was further a part of said conspiracy that the defendant and other conspirators would and did use telecommunication facilities, including cellular telephones, and social media applications, such as Facebook Messenger, SnapChat, and Cash App, to facilitate the distribution of controlled substances and collection of drug proceeds;

5.     It was further a part of said conspiracy that the defendant and other conspirators used the Dark Web to order opiate pills and tablets containing controlled

substances, and to direct the shipment of opiate pills and tablets via the United States Postal Service to addresses in North Dakota;

6.     It was further a part of said conspiracy that conspirators would utilize residences in and about Bismarck-Mandan, North Dakota, and elsewhere, to store, conceal and distribute opiate pills, and to receive, collect, store, and conceal proceeds of drug trafficking activity; and

7.     It was further a part of said conspiracy that the defendant and other conspirators utilized local North Dakota residents as sub-distributors and associates to locate customers and consumers of opiate pills;

In violation of Title 21, United States Code, Section 846; and Pinkerton v. United States, 328 U.S. 640 (1946).

COUNT TWO

**Distribution of Controlled Substances**

The Grand Jury Further Charges:

On or about January 13, 2022, in the District of North Dakota, and elsewhere,

LAZERIC DION JOE'ZEL SHUMPERT,

individually, and by aiding and abetting, knowingly and intentionally distributed

approximately ten (10) opiate pills that were: (i) a mixture and substance containing a

detectable amount of oxycodone, a Schedule II controlled substance; (ii) a mixture and

substance containing a detectable amount of fentanyl (a/k/a "N-phenyl-N-[1-(2-

phenylethyl)-4-piperidinyl] propanamide"), a Schedule II controlled substance; and (iii) a

mixture and substance containing a detectable amount of a "fentanyl-related substance,"

as defined in 21 C.F.R. § 1308.11, a Schedule I controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C),

and Title 18, United States Code, Section 2.

4

COUNT THREE

**Distribution of Controlled Substances**

The Grand Jury Further Charges:

On or about January 14, 2022, in the District of North Dakota, and elsewhere,

LAZERIC DION JOE'ZEL SHUMPERT,

individually, and by aiding and abetting, knowingly and intentionally distributed approximately ten (10) opiate pills that were: (i) a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance; (ii) a mixture and substance containing a detectable amount of fentanyl (a/k/a "N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide"), a Schedule II controlled substance; and (iii) a mixture and substance containing a detectable amount of a "fentanyl-related substance," as defined in 21 C.F.R. § 1308.11, a Schedule I controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

5

COUNT FOUR

**Distribution of Controlled Substances**

The Grand Jury Further Charges:

On or about January 15, 2022, in the District of North Dakota, and elsewhere,

LAZERIC DION JOE'ZEL SHUMPERT,

individually, and by aiding and abetting, knowingly and intentionally distributed

approximately ten (10) opiate pills that were: (i) a mixture and substance containing a

detectable amount of oxycodone, a Schedule II controlled substance; (ii) a mixture and

substance containing a detectable amount of fentanyl (a/k/a "N-phenyl-N-[1-(2-

phenylethyl)-4-piperidinyl] propanamide"), a Schedule II controlled substance; and (iii) a

mixture and substance containing a detectable amount of a "fentanyl-related substance,"

as defined in 21 C.F.R. § 1308.11, a Schedule I controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C),

and Title 18, United States Code, Section 2.

6

COUNT FIVE

**Distribution of Controlled Substances**

The Grand Jury Further Charges:

On or about January 25, 2022, in the District of North Dakota, and elsewhere,

LAZERIC DION JOE'ZEL SHUMPERT,

individually, and by aiding and abetting, knowingly and intentionally distributed

approximately fifteen (15) opiate pills that were: (i) a mixture and substance containing a

detectable amount of oxycodone, a Schedule II controlled substance; (ii) a mixture and

substance containing a detectable amount of fentanyl (a/k/a "N-phenyl-N-[1-(2-

phenylethyl)-4-piperidinyl] propanamide"), a Schedule II controlled substance; and (iii) a

mixture and substance containing a detectable amount of a "fentanyl-related substance,"

as defined in 21 C.F.R. § 1308.11, a Schedule I controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C),

and Title 18, United States Code, Section 2.

7

<u>COUNT SIX</u>

**Possession with Intent to Distribute Controlled Substances**

The Grand Jury Further Charges:

On or about January 25, 2022, in the District of North Dakota, and elsewhere,

LAZERIC DION JOE'ZEL SHUMPERT,

individually, and by aiding and abetting, knowingly and intentionally possessed with intent to distribute approximately 818 pills and tablets that were: (i) a mixture and substance containing a detectable amount of oxycodone, a Schedule II controlled substance; (ii) a mixture and substance containing a detectable amount of fentanyl (a/k/a "N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide"), a Schedule II controlled substance; and (iii) a mixture and substance containing a detectable amount of a "fentanyl-related substance," as defined in 21 C.F.R. § 1308.11, a Schedule I controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Nicholas W. Chase
NICHOLAS W. CHASE
United States Attorney

RLV/sj

8